RECEIVED
JAN 1 1 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| STEVEN FRANCIS | CIVIL ACTION NO. 06-0681 |
| VS. | JUDGE DOHERTY |
| E-Z BUS, INC.<br>LINCOLN GENERAL INS. CO. | MAGISTRATE JUDGE METHVIN |

## JURISDICTIONAL REVIEW RULING

Before the court is plaintiff's "Supplemental Memorandum in Support of Jurisdictional Amount," filed pursuant to this court's order of December 7, 2006.[1] Having reviewed plaintiff's memorandum and the exhibits thereto, I conclude that plaintiff has proven by a preponderance of the evidence that the amount in controversy exceeds $75,000 by setting forth the specific facts in controversy that support a finding of the jurisdictional amount. Simon v. Wal Mart Stores, 193 F.3d 848 (5th Cir. 1999); Luckett v. Delta Airlines, Inc., 171 F.3d 295 (5th Cir. 1999). Relevant jurisdictional facts which have been included in the memorandum discuss the nature and severity of plaintiff's injuries, which include both physical and psychological injuries, including a numb sensation in the bottom portion of plaintiff's right ear lobe and a ringing sensation in plaintiffs right ear, both of which have substantially improved over time; an alleged 60% loss of hearing in plaintiff's right ear that has not improved; post traumatic stress disorder from being conscious at the time of the bus accident in question, which caused serious injury to numerous others and death to one bus passenger; depression and other personality changes; aggravation of previously existing neck and arm injuries; low back pain and radiating pain down plaintiff's left leg;

---

[1] Rec. Doc. 25.

problems with urination; and sexual dysfunction. Plaintiff also seeks attorneys' fees. Although plaintiff does not indicate what his past medical expenses are, as he has been urged to provide by this court on two separate occasions, plaintiff cites to several cases wherein plaintiffs were awarded in excess of $75,000 for similar injuries.

Considering the foregoing, the undersigned concludes that plaintiff's claims satisfy the jurisdictional amount in this case.

Signed at Lafayette, Louisiana on January 11, 2007.

Mildred E. Methvin
United States Magistrate Judge
800 Lafayette St., Suite 3500
Lafayette, Louisiana 70501
(337) 593-5140 (phone) 593-5155 (fax)